United States Bankruptcy Court
WESTERN DISTRICT OF TENNESSEE
CHAPTER 13

In Re:  Lakesha Ingram                                                     19-24703

Debtor(s)                                                                       Chapter 13

Address: 3608 Kingsgate Dr
         Memphis, TN 38116

Plan Payment: Debtor to pay $75.00 weekly payroll Deduction ( )  or Direct pay (X)
Payroll: Kroger
         Address Not Provided

1. This Pland [Rule 3015.1 Notice]:
   (A) Contains a non-standard provision. [See plan provisions #19]          (N)
   (B) Limits the amount of a secured claim based on a valuation of the     (N)
       Collateral for the claim. (See plan provisions #7 & #8]
   (C) Avoids a security interest of lien. [See plan provision #12]          (N)

2. Administrative expenses: Pay filing fee and Debtor(s)' attorney fee pursuant to
   Confirmation order.

3. Auto Insurance: ( ) Included in Plan; or ( ) Not included in Plan; Debtor(s) to provide
   proof of insurance at §341 meeting.

4. Domestic Support: Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment,     Monthly
                              Or ( ) Trustee to :                           Plan Payment
   _____: ongoing payments begin _____              $_____
        Approximate Arrearage: _____                              $_____

5. Priority Claims:
                                          Amount: _____           $_____
                                          Amount: _____           $_____

6. Home Mortgage Claims: ( ) paid directly by Debtor(s); or ( ) paid by Trustee to:
   _____: ongoing payments begin _____              $_____
        Approximate Arrearage: _____                              $_____

7. Secured Claims:
   [Retain lien 11 U.S.C. §1325(a)(5)]    Value of Collateral    Interest
   Bobbie & John Brown                    Insiders/Matter currently under dispute
   _____        _____           _____%        $_____

8. Secured automobile claims for debt incurred within 910 days of filing, and other secured claims for debt incurred within one year of filing:

    [Retain lien 11 U.S.C. §1325(a)(5)]   Value of Collateral   Interest

    Pyramid Used Cars           $8,400.00         6.5  %   $165.00
                                                  ____ %   $____

9. Secured claims for which collateral will be surrendered; stay is terminated upon confirmation for the limited purpose of gaining possession and commercially reasonable disposal of collateral:

    _____    Collateral:_____
    _____    Collateral:_____

10. Special class unsecured claims:

    Amount      Interest

    New Horizon Apts            $2,000.00         ____ %   $34.00
                                                  ____ %   $____

11. Student loan claims and other long term claims:
    Great Lakes Higher Education Corp. (x2) (X)Not provided for or ( )General unsecured creditor
    _____ ( )Not provided for or ( )General unsecured creditor

12. The judicial liens or non-possessory, non-purchase money security interest(s) held by the following creditors are avoided to the extent allowable pursuant to 11 U.S.C. §522(f):

    _____
    _____

13. Absent a specific court order otherwise, all timely filed claims, other than those specifically provided for above, shall be paid as general unsecured claims.

14. Estimated total general unsecured claims: $28,113.21

15. The Percentage to be paid with respect to non-priority, general unsecured claims is:

    ( ) _____%,
    (X) The Trustee shall determine the percentage to be paid after the passing of the final bar date.

16. This Plan assumes or rejects executor contracts:
    New Horizon Apts                    (X) Assumes OR ( ) Rejects
    _____            ( ) Assumes OR ( ) Rejects

17. Completion:
    Plan shall be completed upon payment of the above, approximately 60 months

18. Failure to timely file a written objection to confirmation shall be deemed acceptance of plan.

19. Non-standard provision(s):

20. Certification: This plan contains no non-standard provisions except those stated in provisions 19.

/s/Joseph S. Ozment                              Date:  6/20/2019
Debtor(s)' Attorney/Pro Se Debtor(s) Signature